UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN MONTUE,<br><br>                            Plaintiff,<br>v.<br>CITY OF SAN DIEGO, et al.,<br>                           Defendants. | Case No.:  22cv0586 DMS (DEB)<br><br>**ORDER DENYING MOTION FOR APPOINTMENT OF COUNSEL** |

      Pending before the Court is Plaintiff's motion for appointment of counsel. In general, there is no constitutional right to counsel in a civil case. *Palmer v. Valdez*, 560 F.3d 965, 970 (9th Cir. 2009) (citing *Storseth v. Spellman*, 654 F.2d 1349, 1353 (9th Cir. 1981)). In "exceptional circumstances," however, a court may exercise its discretion and "request an attorney to represent any person unable to afford counsel." 28 U.S.C. § 1915(e)(1); *Palmer*, 560 F.3d at 970. The court must consider both "'the likelihood of success on the merits as well as the ability of the [Plaintiff] to articulate his claims pro se in light of the complexity of the legal issues involved.'" *Palmer*, 560 F.3d at 970 (quoting *Weygandt v. Look*, 718 F.2d 952, 954 (9th Cir. 1983)). At this point, there are no

/ / /

/ / /

/ / /

1 | exceptional circumstances warranting appointment of counsel. Accordingly, the Court
2 | denies Plaintiff's motion.

3 |      **IT IS SO ORDERED**.

4 | Dated: September 12, 2023

                                              Hon. Dana M. Sabraw, Chief Judge
                                              United States District Court